7/14/2021

1-21CV-0135C

I Victor Sanchez Jr. would like to file Law Suit against Taylor County Adult Detention Center. The guards have refused to feed me, take my Federal documents, writing materials, food I've set aside for later, violate our Civil Rights. Inmates are verbaly abused and physicaly abused I've seen it with my own eyes. I only have so much Ink left in this pen I found in a cell they put me in Feb 13 when they shook my cell down and took all my pens. Feb 14 an officer came in my cell took my sandwiches and my portrait of flowers in a vase just cause he wanted too. I will write more at the beginning of the month when they give me my indigent pen. Thank you for your time and patience

