IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| VICTOR SANCHEZ, JR., <br> Institutional ID No. 96412, <br> TCJD ID No. 01067630, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER VALENTINE, <br><br> Defendants. | § § § § § § § § § § § § Civil Action No. 1:21-CV-00135-BU |

## JUDGMENT

In accordance with the order issued this same day, it is the judgment of this Court that Plaintiff Victor Sanchez, Jr.'s Complaint, and all claims alleged therein, are DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) as frivolous and/or for failure to state a claim on which relief may be granted.

ORDERED this 9th day of September, 2021.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE